# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:21-CV-407-RJC-DCK

| | |
|---|---|
| **MICHAEL S. JENKINS,** | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) **ORDER** |
| **LTD FINANCIAL SERVICES, L.P.,** | )<br>) |
| **Defendant.** | )<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Stay Entry Of Scheduling Order" (Document No. 12) filed October 6, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>deny</u> the motion without prejudice. The Court finds that the motion is premature, given that the motion to dismiss that Defendant indicates it intends to file has not yet been filed.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Stay Entry Of Scheduling Order" (Document No. 12) is **DENIED without prejudice**. The Court will consider a revised motion if and when Defendant files a motion to dismiss.

**SO ORDERED**.

Signed: October 6, 2021

David C. Keesler
United States Magistrate Judge