# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:21-CV-407-RJC-DCK

| | |
|---|---|
| **MICHAEL S. JENKINS,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **LTD FINANCIAL SERVICES, L.P.,** | ) |
| **Defendant.** | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Consent Motion To Stay Entry Of Scheduling Order" (Document No. 18) filed November 8, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in consultation with Judge Conrad's chambers, the undersigned will the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Consent Motion To Stay Entry Of Scheduling Order" (Document No. 18) is **GRANTED**. The entry of a Pretrial Order and Case Management Plan is **STAYED** pending resolution of the "Motion To Dismiss Of LTD Financial Services, L.P." (Document No. 14).

**SO ORDERED**.

Signed: November 8, 2021

David C. Keesler
United States Magistrate Judge