# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Michael S. Jenkins, on behalf of himself and others similarly situated, | ) ) ) ) | JUDGMENT IN CASE |
| Plaintiff(s), | ) ) | 3:21-cv-00407-RJC-DCK |
| vs. | ) ) | |
| LTD Financial Services, L.P., Defendant(s). | ) ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 30, 2022 Order.

September 30, 2022

*(signature)*

Frank G. Johns, Clerk
United States District Court